IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08–cv–00100–EWN–KLM

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

ROBEN D. ADHOOT,

    Defendant.

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed May 12, 2008. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. Plaintiff's "Motion for Default Judgment Against Roben D. Adhoot (#9, filed February 20, 2008) is GRANTED.

3. Defendant's "Motion for Extension of Time (for Entry of Judgment) is DENIED.

DATED this 26th day of August, 2008.

          BY THE COURT:

          s/ Edward W. Nottingham
          EDWARD W. NOTTINGHAM
          Chief United States District Judge