IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00100-PAB-KLM

HIGHLINE CAPITAL CORP.,

    Plaintiff,

v.

ROBEN D. AHDOOT,

    Defendant.

_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter is before the court on the plaintiff's "Motion to Correct Clerical Error in Judgment by Default Entered Against Roben D. Ahdoot" (Docket No. 38). It is

    **ORDERED** that the motion is granted. The spelling of defendant's name in the caption of the Judgment shall be corrected.

    Dated November 26, 2008.